1  Alec M. Barinholtz (State Bar No. 136826)
   abarinholtz@clausen.com
2  Bryan A. McBurney (State Bar No. 169835)
3  bmcburney@clausen.com
   CLAUSEN MILLER P.C.
4  2040 Main Street, Suite 500
5  Irvine, CA 92614
   Telephone (949) 260-3100
6  Facsimile  (949) 260-3190
7
8  Attorneys for Defendant
   ARCH SPECIALTY
9  INSURANCE COMPANY
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBE FIRE SPRINKLER CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No. CV10 4662 EMC<br><br>STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT<br>  ORDER<br><br><br>Complaint Filed: October 15, 2010 |

STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT                                    CV10 4662 EMC

1  Pursuant to Local Rule 6-1(a), Plaintiff Globe Fire Sprinkler Corporation
2  ("Globe Fire") and Defendant Arch Specialty Insurance Company ("Arch"), by and
3  through their respective counsel of record, hereby stipulate as follows:
4  WHEREAS, Globe Fire served its complaint in the above captioned
5  action October 22, 2010;
6  WHEREAS, Arch currently has until November 12, 2010 to answer or
7  respond to Globe Fire's complaint;
8  WHEREAS, Arch has requested and Globe Fire has agreed to an
9  additional 30 days for Arch's answer or response to Globe Fire's complaint;
10 WHEREAS, the requested extension of time to respond to Globe Fire's
11 complaint will not alter the date of any event or deadline already fixed by Court order;
12 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between
13 the parties, through their respective counsel, that Arch shall answer or otherwise
14 respond to Globe Fire's complaint by December 27, 2010.

16 DATED: November 10, 2010    CLAUSEN MILLER P.C.

18                              By _____
                                 Bryan A. McBurney

                                 Attorneys for Defendant Arch Specialty
                                 Insurance Company

21 DATED: November 9, 2010     OLIVA & ASSOCIATES, ALC

24 IT IS SO ORDERED:            By _____
                                 Stephen F. Yurcich
                                 Attorneys for Plaintiff Globe Fire Sprinkler
                                 Corporation

27 _____
   Edward M. Chen
28 U.S. Magistrate

STIPULATION
RESPOND TO                                                    CV10 4662 EMC

*IT IS SO ORDERED*
*Judge Edward M. Chen*

PROOF OF SERVICE

<u>Globe Fire Sprinkler Corporation v. Arch Specialty Insurance Company</u>
United States District Court, Northern District of California
Case No: CV10 4662 (EMC)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2040 Main Street, Suite 500, Irvine, California 92614.

On November 12, 2010, I caused the following document(s) described as: **STIPULATION EXTENDING TIME FOR RESPONSE TO COMPLAINT** to be served on the interested parties in this action as follows:

*SEE ATTACHED SERVICE LIST*

[ X ] **BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

[ ] **BY MAIL**: I caused such envelope to be deposited in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY ELECTRONIC MAIL**: I caused such document(s) to be send by electronic mail as a PDF attachment to the email addresses listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on November 12, 2010, at Irvine, California.

_____
Diane Nofsinger

77018.1

# SERVICE LIST

<u>Globe Fire Sprinkler Corporation v. Arch Specialty Insurance Company</u>
United States District Court, Northern District of California
Case No: CV10 4662 (EMC)

Joseph L. Oliva
Stephen F. Yurcich
OLIVA & ASSOCIATES, ALC
11770 Bernardo Plaza Court, Suite 350
San Diego, CA 92128

Telephone: 858.385.0491
Facsimile: 858.385.0499
E-mail: joliva@olivalaw.com
syurcich@olivalaw.com

*Attorneys for Plaintiff*
*Globe Fire Sprinkler Corporation*

77019.1