| | |
|---|---|
| 1 | Joseph L. Oliva, State Bar No. 113889 |
| | joliva@olivalaw.com |
| 2 | Stephen F. Yurcich, State Bar No. 211188 |
| | syurcich@olivalaw.com |
| 3 | OLIVA & ASSOCIATES, ALC |
| | 11770 Bernardo Plaza Court, Suite 350 |
| 4 | San Diego, California 92128 |
| | Telephone: (858) 385-0491 |
| 5 | Facsimile: (858) 385-0499 |
| 6 | Attorneys for Plaintiff, |
| | GLOBE FIRE SPRINKLER CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT – CALIFORNIA**

| | |
|---|---|
| GLOBE FIRE SPRINKLER CORPORATION, | CASE NO. Case No. CV10 4662 JSW |
| Plaintiff, | **CASE TYPE: CIVIL** |
| | JURISDICTION: Over $75,000 |
| v. | **JOINT MOTION TO VACATE SCHEDULING ORDER OR CONTINUE SCHEDULING DATES** |
| ARCH SPECIALTY INSURANCE COMPANY; | AND ORDER THEREON |
| Defendant. | |

Counsel for Plaintiff, Globe Fire Sprinkler Corporation, and counsel for Defendant, Arch Specialty Insurance Company (hereinafter collectively "Parties") hereby file this Joint Motion to continue out the Court's December 3, 2010 Scheduling Order dates, or in the alternative, vacate the Court's December 3, 2010, Scheduling Order.

In the underlying action, entitled *The Gap, Inc. v. Globe Fire Sprinkler Corp., et al.* San Francisco Superior Court Case No. CGC-09-486425, the parties have reached a settlement in principle and the parties are working on drafting a Settlement Agreement to resolve all matters in that underlying action. That underlying action settlement will effectuate a settlement between the Parties in the instant coverage action. However, the drafting of

1 | these settlement documents will take some time to finalize and negotiate. Therefore, the
2 | Parties hereby respectfully request that the Court vacate its December 3, 2010 Scheduling
3 | Order, or in the alternative, continue all dates set forth in that Scheduling Order so that the
4 | Parties can finalize the Settlement Agreements in the underlying action and the settlement in
5 | the instant coverage action without expending additional costs relating to this matter.

DATED: January 18, 2011          OLIVA & ASSOCIATES, ALC


/s/ Stephen F. Yurcich
JOSEPH L. OLIVA
STEPHEN F. YURCICH
Attorneys for Plaintiff GLOBE FIRE
SPRINKLER CORPORATION


DATED: January 18, 2011          CLAUSEN MILLER, PC


/s/ Bryan A. McBurney
BRYAN A. MCBURNEY
Attorney for Defendant
ARCH SPECIALTY INSURANCE
COMPANY

The parties' request to continue the Initial Case Management conference and associated deadlines is GRANTED. The parties shall appear for the Initial Case Management Conference on Friday, April 29, 2010 at 1:30 p.m. The parties' Joint Case Management Conference Statement shall be due on or before April 22, 2010.

The parties are reminded that they must submit, and efile, proposed orders when filing motions.

January 19, 2011

*Jeffrey S White*