Joseph L. Oliva, State Bar No. 113889
joliva@olivalaw.com
Stephen F. Yurcich, State Bar No. 211188
syurcich@olivalaw.com
OLIVA & ASSOCIATES, ALC
11770 Bernardo Plaza Court, Suite 350
San Diego, California 92128
Telephone:  (858) 385-0491
Facsimile:  (858) 385-0499

Attorneys for Plaintiff,
GLOBE FIRE SPRINKLER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – CALIFORNIA

| | |
|---|---|
| GLOBE FIRE SPRINKLER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY;<br><br>Defendant. | CASE NO.  Case No. CV10 4662 JSW<br><br>**CASE TYPE:  CIVIL**<br>JURISDICTION:  Over $75,000<br><br>**JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>*([Proposed] Order Lodged Concurrently Herewith)* |

Counsel for Plaintiff, Globe Fire Sprinkler Corporation, and counsel for Defendant, Arch Specialty Insurance Company (hereinafter collectively "Parties") hereby file this Joint Motion to continue the Initial Case Management Conference and related dates established by this Court's January 19, 2011, Scheduling Order.

///

///

///

///

///

1

1     In the underlying action, entitled *The Gap, Inc. v. Globe Fire Sprinkler Corp., et al.* San Francisco Superior Court Case No. CGC-09-486425, the parties have reached a settlement in principle and the parties are still working on drafting the release language of their settlement agreement to resolve all matters in that underlying action. That underlying action settlement should effectuate a settlement between the Parties in the instant coverage action once the settlement payment is issued and all defense fees are paid.

    The Parties previously requested, and the Court granted, an Order continuing the Initial Case Management Conference from January 28, 2011 to April 29, 2011 to allow time for the settlement in the underlying action to become final, in turn, facilitating the resolution of this case. However, the drafting of these settlement documents has proven more complex than initially anticipated and continues to take additional time to finalize and negotiate.

    Therefore, the Parties hereby respectfully request that the Court continue all dates in its January 19, 2011, Scheduling Order, and reschedule the Initial Case Management Conference for July 1, 2011 at 1:30 p.m., or as soon thereafter as is convenient for the Court's calendar. This should allow the parties in the underlying action time to finalize their settlement agreement and facilitate the settlement of the instant coverage action without the need to expend additional costs or this Court's resources.

///
///
///
///
///
///
///
///

In addition, the Parties further stipulate and agree by and through their respective counsel that defendant Arch Specialty Insurance Company's time to answer or otherwise respond to plaintiff's complaint is further extended until fourteen (14) days after the to be re-scheduled Case Management Conference.

DATED: April 11, 2011                    OLIVA & ASSOCIATES, ALC


                                         /s/  Stephen F. Yurcich
                                         JOSEPH L. OLIVA
                                         STEPHEN F. YURCICH
                                         Attorneys for Plaintiff GLOBE FIRE
                                         SPRINKLER CORPORATION


DATED: April 11, 2011                    CLAUSEN MILLER, PC


                                         /s/   Bryan A. McBurney
                                         BRYAN A. MCBURNEY
                                         Attorney for Defendant
                                         ARCH SPECIALTY INSURANCE
                                         COMPANY

The parties' request is GRANTED, and the case management conference shall be continued to Friday, July 1, 2011 at 1:30 p.m.  The parties' joint case management statement shall be due on June 24, 2011.  The parties are HEREBY ADMONISHED that they must e-file proposed orders.

April 13, 2011

*Jeffrey S White*