Bryan A. McBurney (State Bar No. 169835)
bmcburney@clausen.com
CLAUSEN MILLER P.C.
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone (949) 260-3100
Facsimile  (949) 260-3190

Attorneys for Defendant
ARCH SPECIALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT – CALIFORNIA

| | |
|---|---|
| GLOBE FIRE SPRINKLER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY;<br><br>Defendant. | CASE NO.  Case No. CV10 4662 JSW<br><br>**CASE TYPE:  CIVIL**<br>**JURISDICTION:  Over $75,000**<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  The parties' joint request to continue the Initial Case Management conference
2  and associated deadlines is GRANTED. The parties shall appear for the Initial Case
3  Management Conference on Friday, September 2, 2011 at 1:30 p.m. The parties' Joint
4  Case Management Conference Statement shall be due on or before August 26, 2011.
5  Pursuant to the parties' further stipulation, Arch shall have until Friday, September 16,
6  2011 to answer or otherwise respond to Plaintiff's complaint.

7
8  DATED: June 22            , 2011           *[signature]*
9                                             Jeffrey S. White
                                              United States District Judge