Joseph L. Oliva, State Bar No. 113889
joliva@olivalaw.com
Stephen F. Yurcich, State Bar No. 211188
syurcich@olivalaw.com
OLIVA & ASSOCIATES, ALC
11770 Bernardo Plaza Court, Suite 350
San Diego, California 92128
Telephone: (858) 385-0491
Facsimile: (858) 385-0499

Attorneys for Plaintiff,
GLOBE FIRE SPRINKLER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT – CALIFORNIA

| | |
|---|---|
| GLOBE FIRE SPRINKLER CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. Case No. CV10 4662 JSW<br><br>**CASE TYPE: CIVIL**<br>JURISDICTION: Over $75,000<br><br>[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION UNDER FRCP RULE 41(A)(1)** |

　　　　Pursuant to the parties' stipulation to dismiss this action with prejudice under FRCP Rule 41(A)(1), with each party to bear its own costs, the Court hereby orders this case dismissed with prejudice, with each party to bear its own costs.

DATED: October 11, 2011

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

CV10-4662 JSW
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO STIPULATION UNDER FRCP RULE 41(A)(1)